# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PAZANIN, ELIZABETH ANN    § | Case No. 08-26965 |
| § | |
| § | |
| Debtor(s)    § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/28/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/22/2010_____    By:  /s/ Michael G. Berland_____
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PAZANIN, ELIZABETH ANN | § Case No. 08-26965 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 32,002.68 |
| *and approved disbursements of* | $ 26,454.16 |
| *leaving a balance on hand of* [1] | $ 5,548.52 |
| **Balance on hand:** | $ 5,548.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,548.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,436.01 | 0.00 | 2,436.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,436.01 |
| Remaining balance: | $ 3,112.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,112.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     3,112.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,929.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement, asssignee of HSBC Bank Nevada | 1,456.64 | 0.00 | 1,456.64 |
| 2 | eCAST Settlement assignee of HSBC Bamn Nevada | 1,472.97 | 0.00 | 1,472.97 |

Total to be paid for timely general unsecured claims:  $     2,929.61
Remaining balance:  $     182.90

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     182.90

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 182.90

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $40.32. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 142.58.

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch               Page 1 of 1              Date Rcvd: Dec 30, 2010
Case: 08-26965                Form ID: pdf006            Total Noticed: 28

The following entities were noticed by first class mail on Jan 01, 2011.
db         +Elizabeth Ann Pazanin,    906 Steger Road,    Crete, IL 60417-1383
aty        +Paul F Jensen,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr         +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
12685981    AT&T,    Attn: Bankruptcy Dept.,    PO Box 8212,    Aurora, IL 60572-8212
12685966   +Ameriquest/HSBC,    Attn: Bankruptcy Department,    PO BOX 17313,    Baltimore, MD 21297-1313
12685975   +Apex Financial Management LLC,    Bankruptcy Department,    PO Box 2219,
             Northbrook, IL 60065-2219
12685967   +CCB Credit Services, Inc.,    Bankruptcy Department,    PO Box 272,    Springfield, IL 62705-0272
12685969   +Capital One,    Bankruptcy Department,    PO Box 60024,    City Of Industry, CA 91716-0024
12685977   +Certegy Payment Recover Serv.,    Bankruptcy Department,    11601 Roosevelt Blvd,,
             St. Petersburg, FL 33716-2202
12685985   +Comcast,    Bankruptcy Department,    844 169TH St,    Hammond, IN 46324-2036
12685991   +Drew & Snyder Couns. at Law,    Attn: Bankruptcy Dept.,    7622 W. 159th St.,
             Orland Park, IL 60462-5402
12685976   +Empress Casino,    Bankruptcy Department,    PO Box 1219,    Joliet, IL 60434-1219
12685980   +Erickson Management Company,    Attn: Bankruptcy Dept.,    PO BOX 516,
             Bedford Park, IL 60499-0516
12685971   +Foster & Garbus,    Bankruptcy Department,    PO Box 9030,    Farmingdale, NY 11735-9030
12685970   +HSBC Card Services,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
12685989   +Heartland Memorial Hospital,    Attn: Bankruptcy Dept.,    PO Box 3575,    Munster, IN 46321-0575
12685984   +Hinckley Springs,    Bankruptcy Department,    PO BOX 660579,    Dallas, TX 75266-0579
12685979   +IndyMac Bank Home Loan Serv.,    Customer Service Advocate,    PO Box 78826,
             Phoenix, AZ 85062-8826
12685974    Juniper Bank,    Bankruptcy Department,    PO Box 13337,    Philadelphia, PA 19101-3337
12685987   +Metlife Auto & Home,    Attn: Bankruptcy Department,    PO BOX 441,    Freeport, IL 61032-0441
12685988   +NEA Insurance Operations,    Attn: Bankruptcy Dept.,    PO BOX 9389,    Des Moines, IA 50306-9389
12685968   +Portfolio Recovery Associates,    Bankruptcy Department,    PO Box 272,    Norfolk, VA 23501-0272
12685986   +Premium Services,    Attn: Bankruptcy Department,    PO BOX 2749,    Omaha, NE 68103-2749
12685990   +Richard P. Komyatte & Assoc.,    9650 Gordon Drive,    Highland, IN 46322-2909
13586739    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 30, 2010.
12685982   +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
             Attn: System Credit/BK Dept,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
12685978   +E-mail/Text: jguerrero@harrahs.com                            Horseshoe Casino,
             Bankruptcy Department,    777 Casino Center Dr.,    Hammond, IN 46320-1003
12685983   +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    Bankruptcy Department,
             PO Box 2020,    Aurora, IL 60507-2020
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12685973*    +Foster & Garbus,    Bankruptcy Department,    PO Box 9030,    Farmingdale, NY 11735-9030
12685972*    +HSBC Card Services,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 01, 2011**                    **Signature:** *Joseph Speetjens*