# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PAZANIN, ELIZABETH ANN § Case No. 08-26965
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $154,220.00  *(without deducting any secured claims)* | Assets Exempt: $32,220.00 |
| Total Distribution to Claimants: $2,969.93 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $13,890.17 | |

    3) Total gross receipts of $ 32,145.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,285.32 (see **Exhibit 2**), yielded net receipts of $16,860.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $134,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,890.17 | 13,890.17 | 13,890.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,969.93 | 2,969.93 | 2,969.93 |
| **TOTAL DISBURSEMENTS** | $134,000.00 | $16,860.10 | $16,860.10 | $16,860.10 |

   4) This case was originally filed under Chapter 7 on October 08, 2008. The case was pending for 39 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/25/2011          By: /s/MICHAEL G. BERLAND
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI claim-scheduled | 1142-000 | 32,000.00 |
| Redeposit of Pazanin check | 1129-000 | 142.66 |
| Interest Income | 1270-000 | 2.76 |
| **TOTAL GROSS RECEIPTS** | | **$32,145.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Elizabeth Pazanin | Payment of PI exemption per court order | 8100-002 | 15,000.00 |
| PAZANIN, ELIZABETH ANN | Dividend paid 100.00% on $142.66; Claim# SURPLUS; Filed: $142.66; Reference: | 8200-000 | 142.66 |
| Elizabeth Pazanin | Payment of surplus fmo bankruptcy estate | 8200-002 | 142.66 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,285.32** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IndyMac Bank Home Loan Serv. Customer Service Advocate | 4110-000 | 134,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$134,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,436.01 | 2,436.01 | 2,436.01 |
| William Drew 111, Inc | 3210-600 | N/A | 10,666.66 | 10,666.66 | 10,666.66 |
| H.Case Ellis | 3991-000 | N/A | 787.50 | 787.50 | 787.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 13,890.17 | 13,890.17 | 13,890.17 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement, asssignee of HSBC Bank Nevada | 7100-000 | N/A | 1,456.64 | 1,456.64 | 1,456.64 |
| 1I | eCAST Settlement, asssignee of HSBC Bank Nevada | 7990-000 | N/A | 20.05 | 20.05 | 20.05 |
| 2 | eCAST Settlement assignee of HSBC Bamn Nevada | 7100-000 | N/A | 1,472.97 | 1,472.97 | 1,472.97 |
| 2I | eCAST Settlement assignee of HSBC Bamn Nevada | 7990-000 | N/A | 20.27 | 20.27 | 20.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 2,969.93 | 2,969.93 | 2,969.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-26965  
**Case Name:** PAZANIN, ELIZABETH ANN  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 10/08/08 (f)  
**§341(a) Meeting Date:** 11/03/08  

**Period Ending:** 12/25/11  
**Claims Bar Date:** 03/12/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 906 Steger Road-scheduled | 152,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1st United Bank-checking-scheduled | 70.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1st Midwest Bank-checking-scheduled | 70.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods-scheduld | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures etc-scheduled | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings,costume jewelry etc-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole life-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | PI claim-scheduled | Unknown | 17,000.00 | | 32,000.00 | FA |
| 11 | Redeposit of Pazanin check | 0.00 | 142.66 | | 142.66 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 2.76 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | **$154,220.00** | **$17,142.66** | | **$32,145.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel to prosecute a PI action. The PI action was settled. The Trustee has filed his final report with the bankrutpcy court and it is set for hearing.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** December 31, 2012

Printed: 12/25/2011 02:53 PM     V.12.57

Case 08-26965    Doc 35    Filed 01/05/12    Entered 01/05/12 09:35:20    Desc Main
Document    Page 6 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-26965 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | PAZANIN, ELIZABETH ANN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | **-***2819 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/25/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 12/25/2011 02:53 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-26965  
**Case Name:** PAZANIN, ELIZABETH ANN  

**Taxpayer ID #:** **-***2819  
**Period Ending:** 12/25/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/25/2011 02:53 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-26965  
**Case Name:** PAZANIN, ELIZABETH ANN  

**Taxpayer ID #:** **-***2819  
**Period Ending:** 12/25/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | {10} | Met Life | Payment of PI settlement per court order | 1142-000 | 32,000.00 | | 32,000.00 |
| 04/22/10 | 11001 | William Drew 111, Inc | Payment in full for attorney fee per court order | 3210-600 | | 10,666.66 | 21,333.34 |
| 04/22/10 | 11002 | Elizabeth Pazanin | Payment of PI exemption per court order | 8100-002 | | 15,000.00 | 6,333.34 |
| 04/22/10 | 11003 | H.Case Ellis | Payment of mediator's fee per court order | 3991-000 | | 787.50 | 5,545.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 5,547.10 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,547.43 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,547.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,548.08 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,548.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,548.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,548.48 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,548.52 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,548.56 |
| 01/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 5,548.60 |
| 01/31/11 | | To Account #9200******0866 | Transfer for purpose of finall distribution | 9999-000 | | 5,548.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,002.76 | 32,002.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,548.60 | |
| | | | **Subtotal** | | 32,002.76 | 26,454.16 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,002.76** | **$11,454.16** | |

{} Asset reference(s)

Printed: 12/25/2011 02:53 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |  | |  | |
|---|---|---|---|---|---|
| **Case Number:** | 08-26965 | | **Trustee:** | MICHAEL G. BERLAND (520196) | |
| **Case Name:** | PAZANIN, ELIZABETH ANN | | **Bank Name:** | The Bank of New York Mellon | |
| | | | **Account:** | 9200-******08-66 - Checking Account | |
| **Taxpayer ID #:** | **-***2819 | | **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Period Ending:** | 12/25/11 | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/11 | | From Account #9200******0865 | Transfer for purpose of finall distribution | 9999-000 | 5,548.60 | | 5,548.60 |
| 02/01/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,436.01, Trustee Compensation; Reference: | 2100-000 | | 2,436.01 | 3,112.59 |
| 02/01/11 | 10102 | eCAST Settlement, asssignee of HSBC Bank Nevada | Dividend paid 100.00% on $1,456.64; Claim# 1; Filed: $1,456.64; Reference: | 7100-000 | | 1,456.64 | 1,655.95 |
| 02/01/11 | 10103 | eCAST Settlement assignee of HSBC Bamn Nevada | Dividend paid 100.00% on $1,472.97; Claim# 2; Filed: $1,472.97; Reference: | 7100-000 | | 1,472.97 | 182.98 |
| 02/01/11 | 10104 | eCAST Settlement, asssignee of HSBC Bank Nevada | Dividend paid 100.00% on $20.05; Claim# 1I; Filed: $20.05; Reference: | 7990-000 | | 20.05 | 162.93 |
| 02/01/11 | 10105 | eCAST Settlement assignee of HSBC Bamn Nevada | Dividend paid 100.00% on $20.27; Claim# 2I; Filed: $20.27; Reference: | 7990-000 | | 20.27 | 142.66 |
| 02/01/11 | 10106 | PAZANIN, ELIZABETH ANN | Dividend paid 100.00% on $142.66; Claim# SURPLUS; Filed: $142.66; Reference: | 8200-000 | | 142.66 | 0.00 |
| 05/11/11 | {11} | Chase | Redeposit of check for Pazanin | 1129-000 | 142.66 | | 142.66 |
| 05/17/11 | 10107 | Elizabeth Pazanin | Payment of surplus fmo bankruptcy estate | 8200-002 | | 142.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,691.26 | 5,691.26 | **$0.00** |
| | | | Less: Bank Transfers | | 5,548.60 | 0.00 | |
| | | | **Subtotal** | | **142.66** | **5,691.26** | |
| | | | Less: Payments to Debtors | | | 285.32 | |
| | | | **NET Receipts / Disbursements** | | **$142.66** | **$5,405.94** | |

|  |  |
|---|---|
| Net Receipts : | 32,145.42 |
| Less Payments to Debtor : | 15,142.66 |
| Net Estate : | $17,002.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****08-65 | 0.00 | 0.00 | 0.00 |
| Checking # ***-*****08-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******08-65 | 32,002.76 | 11,454.16 | 0.00 |
| Checking # 9200-******08-66 | 142.66 | 5,405.94 | 0.00 |
| | **$32,145.42** | **$16,860.10** | **$0.00** |

{} Asset reference(s)

Printed: 12/25/2011 02:53 PM    V.12.57